**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

SIESTA SOL, LLC

-V-

BROOKS PHARMACY, INC.

[redacted] 05 401S
No.

COMPLAINT AND DEMAND FOR JURY TRIAL

**Parties**

1. Siesta Sol, LLC ("Siesta Sol"), is a limited liability corporation organized under the laws of the State of Florida and with a principal place of business in Sarasota, Florida.

2. Defendant Brooks Pharmacy ("Brooks") is a Rhode Island corporation with a principal place of business in Warwick, Rhode Island.

**Jurisdiction**

3. This Court has jurisdiction pursuant to 28 USC § 1332 given that the matter in controversy exceeds $75,000 and is between citizens of different states.

**Causes of Action**

**Count I**

4. Siesta Sol was a supplier of seasonal apparel for Eckerd Drug Stores for a period of years prior to Brooks' acquisition of Eckerd Drug Stores.

5. In February 2005, consistent with past practice, Brooks placed orders with Siesta Sol and met and entered into an oral contract for the purchase of seasonal apparel for the rest of 2005 for 1,406 stores that Brooks had acquired from Eckerd.

6. In March 2005, Brooks placed additional orders from Siesta Sol in accordance with the oral contract and recent past practice with Siesta Sol.

7. In late spring and early summer 2005, in breach of their contract with Siesta Sol by inaction and then by word, Brooks indicated and then advised Siesta Sol that it would not be fulfilling its contract with Siesta Sol for the balance of 2005.

8. In consideration of Brooks' contractual obligation and promise as to orders for all of 2005, Siesta Sol performed all the obligations required of it and also had the expectation of profit from the orders committed to by Brooks.

9. Brooks has failed and refused to perform the agreement in that it has advised Siesta Sol that it will not place orders from Siesta Sol for the balance of 2005.

10. By reason of the breach by Brooks, Siesta Sol has sustained damages in excess of the sum of $500,000.

**Count II**

11. Plaintiff repeats its allegations contained in paragraphs 1 through 10 of the complaint as if restated here in full

12. Brooks made a promise to Siesta Sol regarding orders for the balance of 2005 which Brooks expected Siesta Sol to rely upon.

13. Siesta Sol did rely upon Brooks' promise to its detriment.

14. Injustice can only be avoided by enforcement of the promise to the extent that Siesta Sol has suffered monetary damages by reason of Brooks' breach of promise.

WHEREFORE, Plaintiff prays that Judgment be awarded for Plaintiff against Defendant in an amount of Plaintiff's damages not less than $500,000 plus interest, costs and attorney's fees and such other relief as the Court deems just.

SIESTA SOL, LLC

By its attorneys,

Robert D. Fine, Esq. (#2447)
Douglas J. Emanuel, Esq. (#5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Phone: (401) 453-6400
Fax: (401) 453-6411

DEMAND FOR JURY TRIAL

Siesta Sol, LLC, hereby demands a trial by jury on all claims so triable.

Robert D. Fine, Esq. (#2447)
Douglas J. Emanuel, Esq. (#5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Phone: (401) 453-6400
Fax: (401) 453-6411

Dated: September 21, 2005