# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

SIESTA SOL, LLC,
Plaintiff

v.

C.A. No. 05-401 S

BROOKS PHARMACY, INC.,
Defendant

## ENTRY OF APPEARANCE

Now comes Michael A. Gamboli and enters his appearance on behalf of Defendant.

Michael A. Gamboli (#4684)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ENTRY OF APPEARANCE was mailed, postage prepaid, on this 26th day of October, 2005 to:

Robert D. Fine, Esq.
Chace Ruttenberg & Freedman
One Park Way, Ste. 300
Providence, RI 02903

Carol C. Levasseur

823406_1/99998-75