# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SIESTA SOL, LLC,<br>Plaintiff<br><br>v.<br><br>BROOKS PHARMACY, INC.,<br>Defendant | C.A. No. 05-401 S |

## ANSWER

### Parties

1. Upon information and belief, admitted.

2. Denied.

### Jurisdiction

3. The allegations contained in paragraph 3 state a legal conclusion to which no response is necessary. To the extent a response is necessary, Defendant, upon information and belief, admits the parties respective principal places of business are in different states.

### Count I

4. Defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 and leaves Plaintiff to its proof thereof.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

**Count II**

11. Defendant repeats and realleges its answers to paragraphs 1 through 10 of the Complaint as if each had been fully set forth herein.

12. Denied.

13. Denied.

14. Denied.

WHEREFORE, Defendant asks that the Complaint be dismissed with prejudice and that Defendant be awarded its costs, including reasonable attorneys' fees pursuant to R.I. Gen. Laws § 9-1-45.

**AFFIRMATIVE DEFENSES**

1. Plaintiff's claim fails to state a claim upon which relief may be granted.

2. Plaintiff's claim is barred by the statute of frauds.

3. Defendant claims as an affirmative defense the failure of consideration.

4. Defendant claims as an affirmative defense that there was no meeting of the minds between the parties with respect to the terms of the alleged contract.

5. Plaintiff has failed to mitigate its damages, if any.

6. Defendant pleads the equitable defenses of estoppel and waiver.

BROOKS PHARMACY, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Michael A. Gamboli (#4684)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ANSWER was mailed, postage prepaid, on this 17th day of November, 2005 to:

Robert D. Fine, Esq.
Douglas Emmanuel, Esq.
Chace Ruttenberg & Freedman
One Park Way, Ste. 300
Providence, RI 02903

Carol C. Leo...

827875_1/4425-13