# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SIESTA SOL, LLC,<br>Plaintiff<br><br>v.<br><br>BROOKS PHARMACY, INC.,<br>Defendant | C.A. No. 05-401S |

## AMENDED NOTICE OF DEPOSITION

TO: Robert D. Fine, Esq.
Bret W. Jedele, Esq.
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

**PLEASE TAKE NOTICE** that the testimony of Richard Kaplan will be taken by deposition before a notary public or some other officer authorized by law to take depositions, at the law offices of Partridge Snow & Hahn LLP, 180 South Main Street, Providence, Rhode Island on May 18, 2006 at 9:00 a.m., or on a lawfully adjourned date, and from day to day thereafter until the examination is concluded. You are invited to attend and take such part as is appropriate under law.

BROOKS PHARMACY, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Michael A. Gamboli (# 4684)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 26th day of April, 2006 to:

Robert D. Fine, Esq.
Bret W. Jedele, Esq.
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903

Carol C. Levasseur

852729_1/4425-13