UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAY 8 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

SIESTA SOL, LLC,
Plaintiff

v. C.A. No. 05-401S

BROOKS PHARMACY, INC.,
Defendant

**REVISED JOINT MOTION TO AMEND PRETRIAL ORDER**

Now come the parties and jointly move to modify the pending discovery schedule. The Court granted a joint motion to amend by order dated May 2, 2006, but scheduling conflicts for Plaintiff necessitates a request for further joint motion. In support of their request, the parties state as follows:

1. This matter arises out of an alleged breach of an oral agreement for the sale of certain goods. Plaintiff has brought a two count complaint. Count I alleges breach of contract and Count II sounds in promissory estoppel.

2. At the pretrial conference, Defendant indicated that it anticipated filing a motion for summary judgment based upon the statute of frauds. Based upon that representation, the Court set June 14, 2006 as the deadline for the close of fact discovery and the filing of a motion for summary judgment, and indicated that Defendant need not schedule an additional conference for the purposes of obtaining approval to file the motion for summary judgment. The Court also indicated that in the event the motion for summary judgment was denied, the parties would reconvene a conference with the Court to discuss the need for additional discovery, including expert discovery. Further, the parties agreed to mediation with the Federal Mediator, Berry Mitchell.

GRANTED
William E. Smith
5/11/06

3. The parties mediated the case before Mr. Mitchell on March 30, 2006, with clients present, but were unable to reach a resolution. The parties did not foreclose the possibility of additional mediation sessions in the future.

4. The undersigned counsel have discussed the case and Plaintiff has indicated that it does not wish to take any depositions prior to Defendant's filing of a motion for summary judgment. Defendant has scheduled the deposition of Plaintiff's President, Richard Kaplan, for June 14, 2006. In the event summary judgment is denied, the parties would each like to take a limited number of additional fact depositions.

5. In light of the foregoing, and in the interest of judicial economy, the parties request that the current Pretrial Order be amended in pertinent part to provide the following:

a. Defendant file its motion for summary judgment on or before July 7, 2006;

b. If the motion for summary judgment is denied, the parties shall have an additional sixty (60) days to complete fact discovery and shall meet with the Court at the Court's convenience to discuss the timing for expert discovery, the filing of Pretrial Memoranda, and the scheduling of a trial date.

If the Court has any concern regarding the foregoing, the parties are available to meet with the Court at the Court's convenience.

WHEREFORE, the parties jointly move to amend the pending Pretrial Order as set forth herein.