# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

SIESTA SOL, LLC

-V- No. 05-401S

BROOKS PHARMACY, INC.

## AFFIDAVIT IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

I, RICHARD KAPLAN, of Sarasota, Florida, on oath do depose and state as follows:

1. I am President, Chief Executive Officer and owner of Siesta Sol, LLC, which is located in Sarasota, Florida, and which is the plaintiff in this action.

2. Siesta Sol, LLC ("Siesta Sol"), is a supplier of apparel products and specialty items sold on a seasonal basis.

3. Beginning in 2001, Siesta Sol had as its major customer Eckerd Stores, selling seasonal apparel products to it for distribution to Eckerd stores in many eastern and southeastern states.

4. Annual plans were presented to Eckerd category managers to keep in-store four-way fixtures in the 1,406 Eckerd Stores supplied by Siesta Sol stocked with seasonal apparel, such as printed tee-shirts, long-sleeved shirts and other items.

5. The business for the year between Siesta Sol and Eckerd was agreed upon at annual meetings with Eckerd and correspondence was exchanged and meetings held as needed to service the Eckerd account during the year from 2001 through 2004. The core items of on-going programs were repeated each year.

6. In or about August 2004, a large number of Eckerd Stores were sold to Defendant Brooks Pharmacy, Inc. ("Brooks"), and Siesta Sol was told that business with Eckerd would continue, which it did.

7. Siesta Sol, at Brooks' request, met with representatives of Brooks, including personnel with whom Siesta Sol dealt at Eckerd prior to Brooks' acquisition, on November 5, 2004. In attendance were Don Poitras of Brooks, Mark LeBlanc and Lee Colarco of Eckerd, Bill Eltschlager of Siesta Sol's representative, B & P Sales, and myself. At that meeting, a general discussion of the working relationship between Siesta Sol and Eckerd was discussed, although nothing was said as to purchases for calendar year 2005 at that meeting.

8. On January 27, 2005, Brooks, through Don Poitras, requested and soon thereafter accepted a proposal for a spring seasonal apparel program for 1,406 Eckerd Stores acquired by Brooks. The order was for approximately 175,000 units of apparel, which Siesta Sol shipped and for which Brooks paid Siesta Sol.

9. In late January, Brooks had requested information from Siesta Sol for the spring 2005 apparel program. B & P Sales, the sales representative for Siesta Sol, sent the requested information to Brooks, specifically Timothy Porter and his immediate superior, Don Poitras. A copy of the cover e-mail is attached as Exhibit 1. It also invited Brooks to discuss the apparel programs for the balance of 2005 and described the summer apparel program from the proceeding year.

10. Brooks requested a meeting with Siesta Sol and B & P Sales at Brooks' Warwick, Rhode Island, headquarters for late February 2005.

11. In response to Brooks' request for the meeting, Bill Eltschlager and I met with Tim Porter of Brooks on February 23, 2005. In the meeting, which lasted over three hours, we reviewed the planned business for Siesta Sol with Brooks for calendar year 2005. The core business included the spring apparel program, which had already commenced, as well as the summer, fall and holiday programs. Additional "filler" programs were suggested but the core business of the summer, fall and holiday programs were the focus of the meeting. Samples were shown and discussed. Siesta Sol presented to Brooks a "Year at a Glance" document, attached as Exhibit 2, detailing the items to be sold, price, shipment dates and other information.

12. Mr. Porter, on behalf of Brooks, said at the February 23, 2005 meeting that the quantities would have to be the same as in the past so that Siesta Sol's four-way fixtures would be fully stocked. Mr. Porter made it clear that Siesta Sol would be the vendor for the 1,406 Eckerd Stores for the remainder of the year, those being the same 1,406 stores supplied by Siesta Sol in the spring 2005 apparel program. Mr. Porter was also clear that another company was supplying Brooks stores other than the 1,406 stores being serviced by Siesta Sol and that 2006 business was not assured for Siesta Sol but would be based on the 2005 performance. Mr. Porter intended that Siesta Sol act in accordance with Brooks' commitment to Siesta Sol for calendar year 2005.

13. Notes made by Tim Porter outlining the discussion at the meeting of February 23, 2005 are attached hereto as Exhibit 3, along with a confirming e-mail from Bill Eltschlager attached hereto as Exhibit 4. Mr. Porter told us and wrote that the business dealings between Siesta Sol and Eckerd would "stay the same" for 2005 as between Siesta Sol and Brooks.

14. Pursuant to and in accordance with the agreement reached on February 23, 2005, Siesta Sol supplied Brooks' 1,406 Eckerd Stores with the summer apparel program merchandise in March and April 2005, in the quantities and prices and numbers of stores as agreed at

the February 23, 2005 meeting and also mentioned in Exhibit 1. This was the same summer apparel program as in past years. The interest of Brooks in the summer program was expressed prior to the February 23 meeting but the February 23, 2005 meeting solidified the relationship between Siesta Sol and Brooks for calendar year 2005.

15. On May 9, 2005, Tim Porter wrote that the apparel program was "still in development," contrary to what was said by him on February 23, 2005. In response, Bill Eltschlager of B & P Sales wrote, "When Rich and I met with you on February 23, we had the understanding that we would be the supplier for all of these programs this year. Is this correct?" A copy of that May 11, 2005 e-mail is attached as Exhibit 5.

16. On May 12, 2005, Brooks, through Tim Porter, clarified and confirmed to Siesta Sol that Siesta Sol would remain a part of the seasonal apparel program for Brooks for the 1,406 Eckerd Stores, just as Siesta Sol had been for the first part of 2005. Mr. Porter wrote that, "The program in development is one geared to all stores which the Siesta Sol will be a compliment to, just as you are now. I hope there is no confusion on this." A copy of that e-mail is part of Exhibit 5.

17. This e-mail from Porter clearly meant to Siesta Sol that Siesta Sol would continue to fill its four-way fixtures at the 1,406 Eckerd Stores for the balance of the year, while Brooks was dealing with other vendors for programs complimentary to the Siesta Sol apparel programs. This was consistent with the discussion and commitment made by Brooks at the February 23, 2005 meeting. As of May 12, 2005, Siesta Sol had shipped the summer program, so the future programs had to refer to fall and holiday apparel programs.

18. In furtherance of Siesta Sol's obligation to comply with program requirements for the fall seasonal apparel program, Siesta Sol expended approximately $62,000 from March 1, 2005 through May 26, 2005, as set forth in the document attached as Exhibit 6. This was pursuant to and in accordance with the February 23, 2005 agreement and confirmations that things would "stay the same" for Siesta Sol for 2005 as well as the logical outcome of the shipment of the summer apparel program in March and April 2005.

19. Brooks accounted for the vast majority of Siesta Sol's business in 2005, as Eckerd had done for 2001-2004. The takeover by Brooks of the Eckerd Stores serviced by Siesta Sol resulted in some transition difficulties for Brooks which resulted in rush jobs for Siesta Sol. For instance, the spring seasonal apparel program was only ordered by Brooks in early February 2005 for March shipment, far less time than what had ordinarily been given by Eckerd. Siesta Sol refrained from seeking other business because the large rush orders of Brooks put Siesta Sol to full capacity. Siesta Sol was dependent on Brooks' business and had to concentrate entirely on Brooks.

20. On May 26, 2005, contrary to the commitment made February 23, 2005, and confirmed on May 12, 2005, Brooks advised Siesta Sol that Siesta Sol did not fit into Brooks' plans and that they would not accept the fall or holiday apparel programs from Siesta Sol,

although Siesta Sol received re-stocking orders on the summer apparel program until June 24, 2005.

21. On or about June 10, 2005, Don Poitras of Brooks admitted to Siesta Sol and Rich Kaplan in particular that "we (Brooks) may have misled you."

Richard Kaplan

STATE OF FLORIDA
COUNTY OF Sarasota

Subscribed to and sworn before me this 17 day of July, 2006.

AMANDA QUATKEMEYER
Notary Public, State of Florida
My comm. expires Feb. 26, 2008
No. DD 294659

Notary Public
Commission Expires: Feb. 26, 2008