**Rich Kaplan**

**From:** Pam @ B&P SALES [bpsales@cfl.rr.com]

**Sent:** Tuesday, February 01, 2005 1:23 PM

**To:** Don.Poitras@brooks-rx.com; tim.porter@brooks-rx.com

**Cc:** 'Rich Kaplan'; B&P SALES

**Subject:** Siesta Sol Spring 2005 program for Brooks/Eckerds

Please find attached the information you requested for the Spring 2005 program for Eckerd/Brooks. Please advise if there is anything further needed. You can reach me at (877) 523-7346. We appreciate your business.

We are working on programs for **Summer, Back to School, Fall/Halloween, Winter, and Christmas.** Please advise other seasons we should be looking at in our year at a glance plan-o-gram.

**Ladies lace spaghetti top**. EIN#423128, cost: $5.50, Retail: $9.99.
This is an item we will be presenting for May/June shipment. In previous years, this item was shipped freight collect to the distribution centers. This is by far the #! Retailing item in the summer apparel line.

This will be a key item for Summer 2005.

Pam & Bill Eltschlager
Representing Siesta Sol Apparel
B&P Sales & Marketing,Inc.
1133 N. Dixie Freeway
New Smyrna Beach, Florida 32168
BPSALES@CFL.RR.COM



Item 6