Brooks Year at a Glance
Siesta Sol Apparel Program
2005

| Season<br>Item | | Spring<br>Mens blank<br>fashion top | Spring<br>ladies blank<br>fashion top | Spring<br>adult printed<br>t-shirt | Mothers Day<br>spring<br>Tees<br>GWP Seeds | Father's Day<br>spring<br>Apron<br>Tees<br>Cap/Shirt | Summer<br>Corona Towel<br>3/12 Towels | summer<br>Ladies<br>Fashion Tops | summer<br>Mens<br>Board Shorts<br>Tops | July 4th<br>Patriotic<br>T-shirts<br>Caps<br>Glasses | BTS<br>Kids Sol, Polo | Fall<br>Solid Denim<br>Ladies Tops<br>Men's Flannel<br>Mens L/S Tees | Halloween<br>sweatshirts<br>Halloween prints | Fall<br>Sweatshirts<br>Fall Prints | XMAS<br>sweatshirts<br>Holiday Prints |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit Cost | | $4.25 | 3.25 | 2.50 | | | | lace ss top | | Teeth | | Microfiber vest | $6.50 | $6.50 | $6.50 |
| Unit Retail | | $6.99 | $5.99 | 3/$12($4.99 ea) | | | | $9.99 Ret | | | | Other | $9.99 | $9.99 | $9.99 |
| Units | | 86 | 36 | 96 | 48 | 36 | 144 | 72 | 72 | 36 | 60 | 144 | 36 | 96 | 96 |
| SHIP DATE | | March | March | March | 04/10/05 | 05/10/05 | 05/15/05 | 06/01/05 | 06/01/05 | 06/01/05 | 05/15/05 | 08/01/05 | 09/01/05 | 10/01/05 | 10/15/05 |
| ON FIXTURE | | March | March | March | 04/15/05 | 05/15/05 | 06/01/05 | 06/05/05 | 06/05/05 | 06/15/05 | 06/01/04 | 08/05/05 | 09/05/05 | 10/05/05 | 11/105 |
| SELL OUT | | July | July | July | June | June | 08/15/05 | 08/15/05 | 08/15/05 | 07/15/05 | 08/30/04 | 09/15/05 | 10/31/05 | 02/01/06 | 01/01/06 |
| Stores | | | | | | | | | | | | | | | |
| A | 59 | | | | | | | | | | | | | | |
| B | 498 | | | | | | | | | | | | | | |
| C | 849 | | | | | | | | | | | | | | |
| Total | 1406 | | | | | | | | | | | | | | |

P.47