BPS 6802

B+P

"Stays the Same":

Memo to Stores Communication

Seasonal Strategy

EDLP

2 Ad Strategy

Markdowns / Clearance mechanism

send back?

(1) Present Vendor Agreement / Terms

ad / Promotion funds?

[★] Survey ROM's for entire Apparell?