## Rich Kaplan

**From:** Bill @ BPsales [bpsales@cfl.rr.com]
**Sent:** Thursday, March 10, 2005 8:15 AM
**To:** rksiestasol@comcast.net
**Cc:** B&P SALES
**Subject:** Meetiong notes Brooks/Tim Porter

Rich,

This is what I hve gfrom this meeting.

1. Brook's store have Roundy program, with walk around fixture, guarantee sale, they call store for re-orders, they print product.
   We will have Eckerd's store business this year.
2. We need to submit items for promotional planner, every month they have e-mail specials, new release items on video,
3. We need program on Back To School End Cap program now decision on these items this week. Suggestions Blank T program in boxes, bagged and folded, Pocket T, Blank program /12 white and colors.
4. Do we need new PI sheet for Lace Spag. Strap.
5. He mentioned a Great Buy End Cap.
6. Logo shirt buyer, I don't know were you want to go with this program. He mentioned Red golf shirt with Navy collar and sleeve
   Welts for 5.25 and uniform co. will stock year supply and sell as needed. We suggested Female cut in products. Oxford long and short sleeve.

Thanks,

Bill
Bill Eltschlager / Pam Eltschlager
B&P Sales & Marketing,Inc.
1133 N. Dixie Freeway
New Smyrna Beach, Florida 32168
877-523-7346
BPSALES@CFL.RR.COM