**Rich Kaplan**

**From:** bpsales [bpsales@cfl.rr.com]
**Sent:** Friday, June 03, 2005 5:11 PM
**To:** 'Rich Kaplan'
**Subject:** FW: Siesta sol Apparel program items to discuss

-----Original Message-----
**From:** Tim Porter [mailto:Tim.Porter@brooksrx.com]
**Sent:** Thursday, May 12, 2005 6:07 PM
**To:** bpsales
**Subject:** Re: Siesta sol Apparel program items to discuss

Bill

Siesta Sol is the supplier for the programs you are currently sending stores. The program in development is one geared to all stores which the Siesta Sol will be a compliment to, just as you are now. I hope there is no confusion in this. Please contact me at your earliest convenience.

Thank you
Tim

Tim Porter
Associate Category Manager
Brooks Pharmacy
50 Service Ave
Warwick, RI 02886
tel: 401-825-3633
fax: 401-825-3970

**"bpsales" <bpsales@cfl.rr.com>**

**05/11/2005 09:40 PM**

To: "Tim Porter" <Tim.Porter@brooksrx.com>
cc: "Rich Kaplan" <rkaplan@siestasol.net>, <bpsales@cfl.rr.com>
Subject: Siesta sol Apparel program items to discuss

We need to discuss the items listed below asap by e-mail or by phone. It is important that we discuss your commitment to the apparel program. Please arrange an appointment at your earliest convenience.

In your earlier e-mail, you stated that the apparel program is still in development. When Rich and I met with you on February 23, we had the understanding that we would be the supplier for all of these programs this year. Is this correct? We need to make the commitment on the inventory for these programs at this time to enable timely delivery of the quality merchandise your customers expect. We look forward to hearing from you. Bill & Pam Eltschlager