## Sales Analysis - Eckerd Stores / 2004 - 2005

| | *Number of Orders* | *Gross Sales* | *Sales as Percentage of Total Revenue* |
|---|---|---|---|
| Jan - Jun 2004 | 2193 | $ 1,410,290.68 | 93.97% |
| Jul - Dec 2004 | 1243 | $ 993,707.94 | 77.99% |
| | | $ 2,403,998.62 | |
| Jan - Jun 2005 | 1,453 | $ 789,065.33 | 65.74% |
| Jul - Dec 2005 | 72 | $ 38,022.45 | 19.10% |
| | | $ 827,087.78 | |

## Cash Outlays (based on agreement with Eckerd)

| *Date* | *Item* | *Description* | *Cost* |
|---|---|---|---|
| March 1 2005 | Metalnox PTA700 | Double-headed heat press | $ 4,905.31 |
| April 26 2005 | AWT American M&M | Screen printing machine | $ 9,684.43 |
| May 11 2005 | Harco MLC3648 | Screen Exposure Machine | $ 2,135.00 |
| May 17 2005 | Challenge Cutter 3628 | Cutting machine | $ 2,687.50 |
| May 21 2005 | AWT American CFM | Folding Machine | $ 5,649.79 |
| Feb 23 2005 through May 26 2005 | Raw Product, Supplies and Materials | Inventory, screens, ink, paper, incoming freight | $ 36,942.20 |
| | | TOTAL CASH OUTLAYS : | $ 62,004.23 |

**CERTIFICATION**

I hereby certify that on the 20th day of July, 2006, I forwarded a copy of the within Plaintiff's Affidavit by United States mail, postage prepaid, to Michael A. Gamboli, Esq., Partridge Snow & Hahn, 180 South Main Street, Providence, Rhode Island 02903.

Albert W. Faine