# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SIESTA SOL, LLC,<br>Plaintiff<br><br>v.<br><br>BROOKS PHARMACY, INC.,<br>Defendant | C.A. No. 05-401 S |

**RESPONSE TO PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Now comes Defendant, Brooks Pharmacy, Inc., and hereby responds to Plaintiff's Objection to the Report and Recommendation of the United State Magistrate Judge dated February 14, 2007. In support of this response, Defendant relies on its Memorandum of law filed contemporaneously herewith, as well Defendant's Memorandum in Support of Motion for Summary Judgment, Reply Memorandum in Support of Motion for Summary Judgment, and the Affidavit of Timothy Porter, including all exhibits, all of which were previously filed with this Court.

Defendant respectfully requests that this Court adopt the February 14, 2005 Report and Recommendation of Magistrate Judge Martin in whole, and grant summary judgment in favor of Defendant and against Plaintiff on all counts of Plaintiff's Complaint.

Respectfully submitted,

BROOKS PHARMACY, INC.
By Its Attorneys,
PARTRIDGE SNOW & HAHN LLP

/s/ Carolyn P. Medina
Michael A. Gamboli (#4684)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903-7120
(401) 861-8200
(401) 861-8210 FAX
mag@psh.com
cpm@psh.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of March, 2007, I electronically filed Response to Plaintiff's Objection to Magistrate's Judge's Report and Recommendation with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically: **Robert D. Fine, Esq.**

/s/ Carolyn Medina__________________

906336_1/4425-13