# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

SIESTA SOL, LLC

-V- No. 05-401S

BROOKS PHARMACY, INC.

## REPLY MEMORANDUM OF PLAINTIFF SIESTA SOL IN FURTHER SUPPORT OF ITS OBJECTION TO THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Now comes Plaintiff and files a Reply Memorandum pursuant to Local Rule Civil 7 in further support of its objection to a Report and Recommendation of a Magistrate Judge. The Magistrate Judge recommended that Defendant's Motion for Summary Judgment be granted and Plaintiff filed a timely Objection. In Reply to the Objection, Defendant argued that Plaintiff did not meet R.I. Gen. Law § 6A-2-201(2) by failing to send written confirmation of a contract within a reasonable time, among other arguments raised by Defendant. Defendant stated that "The May 11, 2005 e-mail was not sent within a reasonable time after the February 23 meeting to constitute a confirmation of any agreement . . ." (Reply to Plaintiff's Objection to Magistrate Judge's Report and Recommendation at page 6). In Gestetner v. Case Equipment Company, 815 F.2d 806 (1st Cir. 1987), a copy of which is attached, the First Circuit affirmed a decision rejecting the statute of frauds defense. The party raising the statute of frauds defense stated that a letter dated September 11, 1984 was not sent within a reasonable time after an oral contract had been made in the spring of 1984. The First Circuit rejected that argument. "Considering that no written contract had been made and that the relationship between the parties was a continuing one, a letter dated September 11 of the same year would meet the 'reasonable time' requirement

of § 2-201(2)." Id. at 810. The May 11, 2005 letter asserting that the contract had been formed, and to which Defendant Brooks in turn sent confirmation, was sent in a timely fashion to Brooks.

Respectfully submitted,

SIESTA SOL, LLC

By its attorneys,

/s/ Robert D. Fine

Robert D. Fine, Esq. (#2447)
Douglas J. Emanuel, Esq. (#5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Phone: (401) 453-6400
Fax: (401) 453-6411

Dated: April 2, 2007

**CERTIFICATION**

I hereby certify that on the 2nd day of April, 2007, I filed the within reply memorandum by use of the Court's CM-ECF electronic filing system, which system generates a copy to Michael Gamboli, Esq., Partridge Snow & Hahn, LLP, 180 South Main Street, Providence, RI 02903.

/s/ Robert D. Fine