UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SIESTA SOL, LLC,

Plaintiff,

v. C.A. No. 05-401S

BROOKS PHARMACY, INC.,

Defendant.

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on February 14, 2007, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant's Motion for Summary Judgement is GRANTED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 8/15/07

O:\JS_CHAMB\Orders\short orders\2007 short orders\Siesta Sol accepting R&R.wpd