UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUDGMENT IN A CIVIL CASE

Siesta Sol, LLC
Plaintiff
V.

Case Number: C.A. NO. 05-401S

Brooks Pharmacy, Inc.
Defendant

Jury Verdict.

X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment shall enter for the Defendant, Brooks Pharmacy, Inc., against the Plaintiff, Siesta Sol, LLC., pursuant to the Court's Order dated August 15, 2007, adopting the Magistrate's Report and Recommendation dated February 14, 2007, granting defendant's Motion for Summary Judgment.

BY ORDER:

Lorene Baldinell

Deputy Clerk

August 16, 2007
Date